JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

EDGAR BENGOA,                           )    No. SA CV 15-2064-JFW (PLA)
                                        )
            Petitioner,                 )    **JUDGMENT**
                                        )
        v.                              )
                                        )
R. MADDEN,                              )
                                        )
            Respondent.                 )
_____ )

        Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

        IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: September 21, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE